**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
By:     Nada M. Peters, Esq. (NJ Att. Id: 027942004)
        Michael C. DeBenedetto, III, Esq. (NJ Att. Id: 264962018)
Attorneys for Defendants, Walmart, Inc. and Walmart Stores, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROSA JARA, <br><br> Plaintiffs, <br><br> vs. <br><br> WALMART INC., WAL-MART STORES, INC., JOHN/JANE DOES 1-5 fictitious names for persons whose identities are presently unknown, and "ABC' CORPORATIONS 1-10", fictitious entities for whose identities are presently unknown, <br> Defendants. | Civil Action: 2:23-CV-00845 <br><br><br> **NOTICE OF REMOVAL** |

Defendants, Walmart, Inc. and Wal-Mart Stores, Inc. (hereinafter referred to as "Walmart"), by and through their undersigned counsel, for the purpose of removing this cause pursuant to 28 U.S.C. § 1441, respectfully submit this Notice of Removal pursuant to 28 U.S.C. § 1446. Defendants appear solely for the purpose of removal and for no other purpose, reserving all other defenses available to it. By way of providing the Court with the basis for Defendants' request for removal, Defendants respectfully submit the following short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon Defendants in such action:

1. <u>State Court Action</u>. Plaintiff, Rosa Jara, ("Plaintiff"), filed the above-captioned action against Defendants in the Superior Court of New Jersey, Law Division, Bergen County, New Jersey, on or about February 2, 2023, in a matter pending as docket number BER-L-000212-23. Copies of all process, pleadings, and orders received by Defendants are attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a).

2. <u>Allegations in the Complaint</u>. In the Complaint, Plaintiff Rosa Jara asserts claims against Defendants for negligence alleging that she was injured at a Walmart store in Saddle Brook, New Jersey on December 27, 2021 and she suffered severe and permanent injuries. The Complaint does not allege the amount of damages being claimed. See **Exhibit A**.

3. <u>Defendants</u>. Other than fictitious defendants, there are no defendants other than Walmart Inc. and Wal-Mart Stores, Inc. named in this action.

4. <u>Federal Court Subject Matter Jurisdiction</u>. 28 U.S.C. § 1441(a) provides the basis for removal jurisdiction to this Court as this is a state court action over which this Court has original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship). 28 U.S.C. § 1332 confers subject matter jurisdiction over cases in which there is complete diversity between Plaintiff and Defendants, and in which the amount in controversy equals or exceeds $75,000.00.

The subject store where the incident allegedly occurred is operated by Wal-Mart Stores East, LP, which is a limited partnership organized and existing under the laws of Delaware, of which WSE Management, LLC, a Delaware limited liability company, is the general partner, and WSE Investment, LLC, a Delaware limited liability company, is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability holding company with its principal place of business located in Arkansas. Walmart Inc., formerly known as Walmart Stores, Inc., is the sole member of Wal-Mart

Stores East, LLC. Walmart Inc. is a corporation organized and existing under the laws of Delaware with its principal place of business in Arkansas. The Complaint asserts that Plaintiff is a citizen of New Jersey.

Furthermore, this Court has diversity jurisdiction because the amount in controversy exceeds $75,000. (**Ex. A,** Complaint) The Complaint alleges Plaintiff Rosa Jara "was caused to sustain severe and permanent personal injuries." (**Ex. A**, Complaint, First Count at ¶ 4.). On February 9, 2023, Defendants' counsel sent Plaintiff's' counsel correspondence requesting that Plaintiff stipulate that Plaintiff's damages are less than $75,000. (Attached hereto as **Ex. B** is a true and correct copy of the November 23, 2022 letter and its enclosure.) On February 10, 2023, Plaintiff's counsel informed counsel for Defendants that his client would not stipulate to damages under $75,000 as Plaintiff underwent a back surgery which she alleges is due to the subject incident.

While Defendants deny all liability to Plaintiff and deny that they are entitled to any of the relief sought in the Complaint, based upon the allegations of the Complaint and that Plaintiff has informed Defendants that she will not return the Stipulation as to Damages, the amount in controversy exceeds the $75,000 jurisdictional amount under 28 U.S.C. § 1332.

Accordingly, for the reasons set forth above, Defendants respectfully submit that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as the properly joined parties are of diverse citizenship and Plaintiff's claim meets the jurisdictional limit of $75,000.

5. <u>Timely Filing</u>. The Summons and Complaint was served upon the Walmart store on February 6, 2023. While Defendants dispute that service in this manner was proper, this Notice of Removal is nevertheless timely pursuant to 28 U.S.C. § 1446(b)(3) in that it is being filed within thirty (30) days of Defendant's receipt of the Complaint and the time within which it determined

that damages exceeding $75,000 are being alleged due to Plaintiffs not returning the Stipulation as to Damages.

6. <u>State Court Documents Attached</u>. Copies of all process, pleadings and orders received by Defendant are annexed hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a).

7. <u>Proper Venue</u>. Venue for removal is proper in this district because this is the district embracing the Superior Court of New Jersey, Law Division, Bergen County, New Jersey, the forum in which the removed action was pending.

8. <u>Notice to Plaintiff and State Court</u>. Promptly upon filing this Notice of Removal with this Court, Defendants, through their undersigned counsel, will give written notice hereof to Plaintiff, per her counsel, and will file a copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Law Division, Bergen County, New Jersey.

9. <u>Relief Requested</u>. Defendants respectfully give notice that this action is to be removed from the Superior Court of New Jersey, Law Division, Bergen County, New Jersey, to the United States District Court for the District of New Jersey.

**WHEREFORE**, Defendants, Walmart, Inc. and Wal-Mart Stores Inc., hereby remove this action, currently pending as Docket Number BER-L-000212-23 in the Superior Court of New Jersey, Law Division, Bergen County, New Jersey.

Dated: February 14, 2023

/s/ Nada M. Peters
Nada M. Peters, Esq.
Michael C. DeBenedetto III, Esq.
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
Attorneys for Defendants, Walmart, Inc. and Walmart Stores Inc.

## LOCAL CIVIL RULE 11.2 VERIFICATION

Other than the action filed in the Superior Court of New Jersey, Law Division, Bergen County, which is the subject of this Notice of Removal, the matter in controversy, to the best of the Attorneys for Defendants, Walmart, Inc. and Walmart Stores Inc.'s knowledge, information, and belief, is not the subject of any other action pending in any court, or of any other pending arbitration or administrative proceeding.

Dated:  February 14, 2023                              /s/ Nada M. Peters
                                                                             Nada M. Peters, Esq.